# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MITCHELL, : | |
| Plaintiff, : | CIVIL ACTION NO. 3:14-0384 |
| v. : | (Judge Mannion) |
| PROGRESSIVE PREFERRED : INSURANCE COMPANY, | |
| Defendant : | |

# ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The defendant's Motion for Summary Judgment is **GRANTED** (Doc. 13);

(2) The clerk is **ORDERED** to close this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-384-01-order.wpd

1